UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACROX TECHNOLOGIES CO LTD<br><br>          Plaintiff(s),<br><br>     v.<br><br>BEST BUY CO INC,<br><br>          Defendant(s).<br>_____/ | No. C  14-04959 KAW<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE**<br>**[Reassigned Case]** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above-entitled matter having been reassigned to the Honorable Kandis A. Westmore for trial and all further proceedings, IT IS HEREBY ORDERED, pursuant to Fed. R. Civ. P. 16 and Civil L.R.16-10, that a Case Management Conference shall be held in this case on **February 3, 2015, at 1:30 p.m.,** U.S. District Court, 1301 Clay Street, Oakland, California.

The parties shall appear in person or through lead trial counsel and shall be prepared to discuss all items referred to in Civil L.R.16-10.  Pursuant to Civil L.R.16-3 and 16-9, the parties shall meet and confer and  file a joint case management statement and proposed order no later **January 27, 2015.**  If any party is proceeding without counsel, separate statements may be filed by each party.  **January 13, 2015** is the new ADR deadline and replaces the January 21, 2015 deadline set out in the initial scheduling order, Dkt. No. 10.

All documents filed with the Clerk of the Court shall list the civil case number followed only by the initials "**KAW**."  One copy shall be clearly marked as a <u>chambers</u> copy.

IT IS SO ORDERED.

Dated:  November 20, 2014

                                            KANDIS A. WESTMORE
                                            United States Magistrate Judge