1 | Ming-Tao Yang (SBN 221295)
ming.yang@finnegan.com
2 | Gregory K. Storey (SBN 211792)
greg.storey@finnegan.com
3 | Finnegan, Henderson, Farabow,
  Garrett & Dunner, LLP
4 | 3300 Hillview Avenue
Palo Alto, California 94304
5 | Tel: (650) 849-6600
Fax: (650) 849-6666

Attorneys for Plaintiff Acrox Technologies Co., Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ACROX TECHNOLOGIES CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> BEST BUY CO., INC., <br> BEST BUY STORES, L.P., <br> BESTBUY.COM, LLC, <br> LOGITECH INTERNATIONAL S.A., and <br> LOGITECH INC., <br><br> Defendants. | CASE NO. 3:14-cv-04959-KAW <br><br> **PLAINTIFF ACROX TECHNOLOGIES CO., LTD.'S MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINE; [PROPOSED] ORDER** |

1  Plaintiff Acrox Technologies Co., Ltd. ("Acrox") respectfully requests a 90-day continuance
2  of the Initial Case Management Conference (and associated CMC Statement), currently scheduled
3  for February 3, 2015, and the ADR deadline, currently scheduled for January 13, 2015.
4  Acrox is in the process of discussing possible resolutions of the case with the defendants,
5  with a conference to be scheduled in the week of January 12, 2015. Acrox also requested the
6  defendants' waiver of service under Rule 4(d) of the Federal Rules of Civil Procedure and expects to
7  have the defendants' response in the coming weeks.  Accordingly, Acrox requests a 90-day
8  continuance so that the service of the Complaint and Summons can be completed for all the parties,
9  and the parties will have an opportunity to discuss possible resolutions. Acrox has conferred with the
10 defendants, and no party raised any objection to the requested continuance.  With a 90-day
11 continuance, the Initial Case Management Conference would be continued to May 4, 2015, with the
12 Case Management Statement due by April 27, 2015, and that the ADR Deadline would be continued
13 to April 13, 2015.

Dated:  January 9, 2015

Finnegan, Henderson, Farabow,
Garrett & Dunner, LLP


By:___/s/ Ming-Tao Yang_____
Ming-Tao Yang
ming.yang@finnegan.com
Gregory K. Storey
greg.storey@finnegan.com
Finnegan, Henderson, Farabow,
 Garrett & Dunner, LLP
3300 Hillview Avenue
Palo Alto, California 94304
Tel: (650) 849-6600
Fax: (650) 849-6666


Attorneys for Plaintiff
Acrox Technologies Co., Ltd.

1 **[PROPOSED] ORDER**

Upon good cause shown,

IT IS HEREBY ORDERED that the Initial Case Management Conference in this matter shall be continued from February 3, 2015 to May 5~~4~~, 2015; with the Case Management Statement due by April 28~~27~~, 2015, and the ADR Deadline be continued from January 13, 2015 to April 14~~13~~, 2015.

___01/13/15_____
DATED

_____
KANDIS A. WESTMORE
United States Magistrate Judge