Ming-Tao Yang (SBN 221295)
ming.yang@finnegan.com
Gregory K. Storey (SBN 211792)
greg.storey@finnegan.com
Finnegan, Henderson, Farabow,
 Garrett & Dunner, LLP
3300 Hillview Avenue
Palo Alto, California 94304
Tel: (650) 849-6600
Fax: (650) 849-6666

Attorneys for Plaintiff Acrox Technologies Co., Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ACROX TECHNOLOGIES CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> BEST BUY CO., INC., <br> BEST BUY STORES, L.P., <br> BESTBUY.COM, LLC, <br> LOGITECH INTERNATIONAL S.A., and <br> LOGITECH INC., <br><br> Defendants. | CASE NO.  3:14-cv-04959-KAW <br><br> **JOINT MOTION TO DISMISS WITHOUT PREJUDICE; [~~PROPOSED~~] ORDER** <br><br> Hon. Kandis A. Westmore |

1   Plaintiff Acrox Technologies Co., Ltd. ("Acrox") and Defendant Logitech International S.A.
2   ("Logitech International") jointly move, based on the declaration attached hereto as Exhibit A, for an
3   order dismissing all claims between them in this action without prejudice, and agree that each party will
4   bear its own costs, expenses, and attorneys' fees.  This motion does not affect any of Acrox's claims
5   concerning Defendant Logitech Inc.

| | |
|---|---|
| Dated:  February 17, 2015 | Finnegan, Henderson, Farabow, Garrett & Dunner, LLP |
| | By: */s/ Ming-Tao Yang* |
| | Ming-Tao Yang (SBN 221295)<br>ming.yang@finnegan.com<br>Gregory K. Storey (SBN 211792)<br>greg.storey@finnegan.com<br>Finnegan, Henderson, Farabow,<br>  Garrett & Dunner, LLP<br>3300 Hillview Avenue<br>Palo Alto, California 94304<br>Tel: (650) 849-6600<br>Fax: (650) 849-6666 |
| | Attorneys for Plaintiff<br>Acrox Technologies Co., Ltd. |
| Dated:  February 17, 2015 | Orrick, Herrington & Sutcliffe LLP |
| | By: */s/ Zheng Liu* |
| | I. Neel Chatterjee (SBN 173985)<br>nchatterjee@orrick.com<br>Zheng (Jen) Liu (SBN 229311)<br>jenliu@orrick.com<br>Randy Wu (SBN 293090)<br>rwu@orrick.com<br>Orrick, Herrington & Sutcliffe LLP<br>1000 Marsh Road<br>Menlo Park, California 94025<br>Tel: (650) 614-7400<br>Fax: (650) 614-7401 |
| | Attorneys for Defendants<br>Logitech International S.A., and<br>Logitech Inc. |

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3) regarding signatures, I, Ming-Tao Yang, attest that concurrence in the filing of this document has been obtained from signatory Zheng Liu.

February 17, 2015                              By:   */s/ Ming-Tao Yang*
                                                          Ming-Tao Yang

**~~PROPOSED~~ ORDER**

Having considered the parties' Joint Motion to Dismiss Without Prejudice, **IT IS HEREBY ORDERED** that Defendant Logitech International S.A. is dismissed without prejudice.

Dated:  2/20/15                              _____
                                                          Kandis A. Westmore
                                                          United States District Judge